IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DOUGLAS CLINTON, JR.,

    Plaintiff,                      No. CIV S-09-0645 FCD DAD P

    vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,

    Defendant.                ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 24, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2009, are adopted in full;

2. Plaintiff's March 9, 2009 application to proceed in forma pauperis is denied; and

3. This action is dismissed as frivolous.

DATED: April 24, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE